# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-3124</u>

Firuz Muminov v. Attorney General United States of America

Agency No. A245-139-232

**O R D E R**

On **November 3, 2025**, a petition for review was filed and served in the above-captioned action. Pursuant to Fed. R. App. P. 17(a), the administrative record shall be filed in this office within 40 days from the date of service of the petition. The Executive Office of Immigration Review is directed to file the record on or before **December 15, 2025.**

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated: November 03, 2025
GCH/cc: Pamela Bondi, Esq.
　　　　OIL
　　　　Jonathan J. Sobel, Esq.